IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EILENE ROMERO,

      Plaintiff,

v.                                                                              No. CV 09–0817 LAM

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

      Defendant.

# FINAL ORDER

**PURSUANT TO** the *Memorandum Opinion and Order* (*Doc. 21*) entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision* (*Doc. 14*) and **REMANDING** this case to the Commissioner of Social Security for further proceedings consistent with the *Memorandum Opinion and Order* (*Doc. 21*).

**IT IS SO ORDERED.**

                                                      */s/ Lourdes A. Martínez*
                                        **THE HONORABLE LOURDES A. MARTÍNEZ**
                                        **UNITED STATES MAGISTRATE JUDGE**
                                        **Presiding by Consent**